**George A. Marks, plaintiff, v. Donald J. O'Donnell et al., defendants. John Guskay, appellant, v. George R. Martin, receiver, appellee. Gen. No. 25,862.**

Bill to set aside a prior order of the circuit court approving a final report of a receiver. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

John H. Lally, for George A. Marks, Francis O'Donnell and John Guskay. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.